IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                        No. 4:12-cr-164-DPM

DELLA LISSA AMMANN                                          DEFENDANT

## ORDER

Amman was indicted in the Eastern District of Arkansas on 11 July 2012. *№1*. This Court issued a warrant for her arrest on 19 July 2012. *№ 3*. Amman remained at large; and the Court sent the case to the unassigned docket on 19 October 2012. Ammann was arrested in Mobile, Alabama on 22 October 2012. When her arrest warrant was returned executed on 24 October 2012, the case was reassigned to this Court.

Ammann consented to transfer of her case to the Southern District of Alabama for plea and sentencing under Federal Rule of Procedure 20. Her consent, attached to this Order, was filed in Alabama on 2 November 2012. *1:12-cr-271-WS, № 9* (S.D. Ala.). The consent was inadvertently not filed in the Eastern District of Arkansas. The case has remained open, though inactive, in the Eastern District of Arkansas.

In the circumstances, the Court directs the Clerk to administratively terminate this case, noting that Amman consented to transfer and was sentenced on the indictment in the Southern District of Alabama on 21 February 2013.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 April 2013

In the United States District Court

for the  EASTERN  DISTRICT OF  ARKANSAS

UNITED STATES OF AMERICA

V.

DELLA LISSA AMMANN

CRIMINAL NUMBER: 4:12CR00164 DPM

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, DELLA LISSA AMMANN, defendant, have been informed that an *(indictment, information, complaint)* is pending against me in the above designated cause. I wish to plead GUILTY to the offense charged, to consent to the disposition of the case in the SOUTHERN District of ALABAMA in which I, am under arrest, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: Oct __, 2012 at _____

_____
(Defendant)

_____
(Witness)

_____
(Counsel for Defendants)

_____
(Assistant United States Attorney)

Approved

CHRISTOPHER R. THYER
United States Attorney for the
EASTERN District of
ARKANSAS

KENYEN RAY BROWN
United States Attorney for the
SOUTHERN District of
ALABAMA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA     NO. 4:12CR 00164 DPM

v.

                                18 U.S.C. § 641
                                18 U.S.C. § 3571

DELLA LISSA AMMANN       18 U.S.C. § 3013

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 11 2012

JAMES W. McCORMACK, CLERK
By:_____
                           DEP CLERK

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

From on or after January 18, 2006, until about March 1, 2008, in the Eastern District of Arkansas,

**DELLA LISSA AMMANN**

in a matter within the jurisdiction of an agency of the United States, that is, the Department of Veterans Affairs, did knowingly embezzle, steal, purloin, and convert to her own use money and a thing of value of the United States, to wit: Veterans Affairs Dependency and Indemnity benefits authorized pursuant to Title 38, United States Code, Section 1310 et seq., and paid subsequent to death of the beneficiary, the same being of a value of more than $1,000, to wit: $27,440.00, which money and thing of value was subject to the control and regulations of the United States Department of Veterans Affairs, all in violation of Title 18, United States Code, Section 641.

(END OF TEXT. SIGNATURE PAGE ATTACHED.

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK

By_____D.C.

1